# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| PHOENIX ENTERTAINMENT PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DR. FOFO, LLC d/b/a PLANET FOLLYWOOD and ELLIOT ASHLEY KOHN d/b/a DJ E,<br><br>Defendants. | Case No.: 2:17-cv-01270-DCN |

## RESPONSES OF DEFENDANT ELLIOT ASHLEY KOHN
## TO LOCAL RULE 26.01 INTERROGATORIES

Defendant Elliot Ashley Kohn d/b/a DJ E ("Kohn"), states as follows for his responses to the Interrogatories required by Local Rule 26.01.

1. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    Answer: None.

2. As to each claim, state whether it should be tried jury or nonjury and why.

    Answer: Non-Jury.

3. State whether the party submitting these responses is a publicly owned company and separately identify: (A) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (B) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (C) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

1

Answer: No.

4. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

Answer: Defendant Kohn resides and operates his business in the Charleston Division of this Court.

5. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (A) a short caption and the full case number of the related action; (B) an explanation of how the matters are related; and (C) a statement of the status of the related action. Counsel should disclose any case which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

Answer: Yes. As stated by the plaintiff in its Local Rule 26.01 Responses to Interrogatories, the case before the bar of this Court is related to *Phoenix Entertainment Partners, LLC v. Surfside Pier Hotel, LLC, et. al.*, Case 4:15-cv-3011-MGL; *Phoenix Entertainment Partners, LLC v. CTHS, Inc., et. al.*, Case 4:15-cv-2655-MGL; *Phoenix Entertainment Partners, LLC v. Danny Lees Place, LLC*, Case 4:15-cv-2653-MGL; *Phoenix Entertainment Partners, LLC v. Mullin Corporation, et. al.*, Case 4:15-cv-3096-MGL; *Slep-Tone Entertainment Corporation v. Pop's Place Bar & Grill, Inc., et. al.*, Case 4:14-cv-4388-MGL; and *Slep-Tone Entertainment Corporation v. Scott Lewis*, Case 4:14-cv-4394-MGL.

Plaintiff has further represented in its responses that the alleged actions of the above defendants are similar to those alleged against Defendant Kohn.

6. If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct

identification.

    Answer: No.

7. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such a person or entity and describe the basis of such liability.

    Answer: No.

Respectfully Submitted,

s/Robert J. Lowe, Jr.
Robert J. Lowe, Jr.
Fed ID No. 9723
Lowe & Associates, PC
PO Box 21556
Charleston, SC 29413-1556
(843) 725-4500
(843) 725-4508 (fax)
rlowe@lowefirm.com

Counsel for Elliot Ashley Kohn
d/b/a DJ E

September 5, 2017
Charleston, South Carolina